# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMONICK GUY,<br><br>    Petitioner,<br><br>    v.<br><br>M. S. EVANS, Warden,<br><br>    Respondent. | NO. CV 09-4889 FMO<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 1st day of February, 2013.

                                            /s/
                                  Fernando M. Olguin
                                United States District Judge