# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMONICK GUY, | ) NO. CV 09-4889 FMO |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| M. S. EVANS, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 1st day of February, 2013.

/s/
Fernando M. Olguin
United States District Judge